NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSHUA LEE ROGERS, DOC #H04986          )
                                        )
              Appellant,                )
                                        )
v.                                      )          Case No.  2D17-5129
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Tom Barber, Judge.

Joshua Lee Rogers, pro se.


PER CURIAM.

          Affirmed.



SILBERMAN, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.